

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Daniel Rawls, | § | No.08-21-00197-CV |
| Appellant, | § | Appeal from the |
| | § | 109th District Court |
| La Fogata Mexican Grill, Lourdes Galindo and John Doe, | § | of Andrews County, Texas |
| | § | (TC# DC22,263) |
| Appellees. | § | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellees' sixth motion for extension of time within which to file the brief until **August 19, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mario Ortiz Saroldi, the Appellees' attorney, prepare the Appellee's brief and forward the same to this Court on or before August 19, 2022.

IT IS SO ORDERED this 10th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.